# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand twenty-one.

Before:     Reena Raggi,
                Denny Chin,
                Michael H. Park,
                    *Circuit Judges*.

| | |
|---|---|
| Donald A. Vanderveer, | **STATEMENT OF COSTS** |
|       Plaintiff - Appellant, | Docket No. 20-4252 |
| v. | |
| Zoning Board of Appeals Town of East Hampton, et al., | |
|       Defendants - Appellees. | |

IT IS HEREBY ORDERED that costs are taxed in the amount of $197.00 in favor of the Appellees.

                                                       For the Court:
                                                       Catherine O'Hagan Wolfe,
                                                       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/02/2021